EDWARD H. KUBO, JR.         #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON           #4532
Chief, Violent Crimes

WES REBER PORTER            #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR 04-00004 |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. § 1951; |
| ROY L. ROSS, | ) | 18 U.S.C. § 924(c)] |
| Defendant. | ) | |

**I N D I C T M E N T**

**COUNT 1**
(18 U.S.C. § 1951)

The Grand Jury charges that:

On or about August 10, 2003, in the District of Hawaii, the defendant ROY L. ROSS did unlawfully, knowingly, and willfully obstruct and affect, and attempt to obstruct and


SEALED
BY ORDER OF THE COURT

affect, "commerce," as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by "robbery," as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully, knowingly, and willfully take and obtain personal property from the person and in the presence of M.C.W., who was an employee of John Dominis (restaurant) which was engaged in commerce, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 2
(18 U.S.C. § 924(C))

The Grand Jury further charges that:

On or about the August 10, 2003, in the District of Hawaii, the defendant ROY L. ROSS, knowingly used and carried a firearm, to wit: a Ruger 85 MKII semi-automatic pistol bearing Serial Number 59503, during and in relation to a crime of

//
//
//
//
//

violence, as that term is defined in Title 18, United States Code, Section 924(c)(3), to wit: Hobbs Act robbery as charged in Count 1.

    In violation of Title 18, United States Code, Section 924(c)(1).

    DATED: January 8, 2004 at Honolulu, Hawaii.

A TRUE BILL

/s/

---

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney

United States v. ROY L. ROSS
Cr. No.
"INDICTMENT"

3