EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Chief, Major Crimes Section

WES REBER PORTER   #7698
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
e-mail: wes.porter@usdoj.gov

LODGED SEP 0 6 2005 3pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 0 7 2005
at 11 o'clock and 24 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00004 DAE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| ROY L. ROSS, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against defendant Roy Ross because, pursuant to a plea agreement, the defendant pleaded guilty to a criminal information, under Criminal Number 04-0004 DAE, which adequately

reflected the seriousness of all of the charges against him. On August 1, 2005, the defendant was sentenced upon his guilty plea and the government agreed as part of the plea agreement to dismiss the Indictment after sentencing.

The defendant is not in custody on the dismissed charges listed above.

DATED:  Honolulu, Hawaii, _September 6, 2005_.

          EDWARD H. KUBO, JR.
          UNITED STATES ATTORNEY
          District of Hawaii

By _____
   WES REBER PORTER
   Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DAVID ALAN EZRA
_____
UNITED STATES DISTRICT JUDGE

United States v. Roy L. Ross
Cr. No. 04-0004 DAE
Order for Dismissal

copies:   United States Marshal
         Gary Singh, Esq.
         ATF